# Court of Appeals
## Tenth Appellate District of Texas

10-26-00004-CR
10-26-00005-CR

In re Michael David Jones

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Michael David Jones, proceeding pro se, filed a "Pre-Adjudication Application for Writ of Habeas Corpus" in this Court addressing trial court cause numbers 2025-2004-C1 and 2025-2005-C1. Jones, alleging that the trial court and the State have violated several of his constitutional rights and engaged in other misconduct, requests release from confinement in the McLennan County Jail.

Intermediate appellate courts do not have original habeas corpus jurisdiction in criminal law matters. *See* TEX. GOV'T CODE ANN. § 22.221(d). Jurisdiction to grant a writ of habeas corpus in a criminal case vests with the Court of Criminal Appeals, the district courts, the county courts, or any judge

in those courts. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05; *Ex parte Braswell*, 630 S.W.3d 600, 601-02 (Tex. App.—Waco 2021, orig. proceeding).

Accordingly, we dismiss Jones's applications for writs of habeas corpus for want of jurisdiction.

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED:  January 29, 2026

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Dismissed
Do not publish
OT06

